DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Frost v. Salter Path Fire & Rescue<br><br>Case below:<br>176 N.C. App. 482 | No. 181A06 | 1. Def's NOA (Dissent) (COA05-445)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br>2. Allowed (06/29/06) |
| Grayson v. High Point Dev. Ltd. P'ship<br><br>Case below:<br>175 N.C. App. 786 | No. 066P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-555)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06) |
| Harris-Offutt v. N.C. Bd. of Licensed Prof'l Counselors<br><br>Case below:<br>172 N.C. App. 170 | No. 003P06 | 1. Plt's "Motion for Discretionary Review" (COA04-1417)<br><br>2. Def's Conditional PDR | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06) |
| Helsius v. Robertson<br><br>Case below:<br>174 N.C. App. 507 | No. 698P05 | 1. Respondent's (County of Durham) NOA Based Upon a Constitutional Question (COA05-08)<br><br>2. Petititioner's (Helsius) Motion to Dismiss Appeal<br><br>3. Respondent's (County of Durham) PDR Under N.C.G.S. § 7A-31<br><br>4. Respondent's (County of Durham) Motion for Reconsideration | 1. ——<br><br><br>2. Allowed 03/02/06 360 N.C. 363<br><br>3. Denied 03/02/06 360 N.C. 363<br><br>4. Denied (06/29/06) |
| Helton v. N.C. Dep't of Corr.<br><br>Case below:<br>174 N.C. App. 839 | No. 046P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-235)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed Ex Mero Motu (06/29/06)<br><br>2. Denied (06/29/06) |
| Hodge v. N.C. Dep't of Transp.<br><br>Case below:<br>175 N.C. App. 110 | No. 036P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1657) | Denied (06/29/06) |
| Hughes v. Webster<br><br>Case below:<br>175 N.C. App. 726 | No. 124P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-551) | Denied (06/29/06) |